UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMEX FARMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SCHÜCO USA LLLP,<br><br>    Defendant. | Case No. 1:24-cv-00880-KES-CDB<br><br>ORDER GRANTING JOINT REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 18)<br><br>5-Day Deadline |

  Pending before the Court is the parties' joint notice and request to seal Plaintiff's Exhibit C to the Informal Discovery Dispute Joint Letter (Doc. 19-3), filed and emailed to the undersigned's chambers on December 20, 2024, described as an email communication between Defendant and Cenergy Power regarding Cenergy Power's testing of Defendant's solar panels. (Doc. 18). The parties represent that Defendant has designated this one-page communication as "CONFIDENTIAL" under the terms of the parties' stipulated protective order (Doc. 16) on the basis that it reflects confidential non-public business information. (*Id.* at 2).

  The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the parties' joint notice and request, sealing the documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the parties would be harmed. Further, as the entirety of the one-page document

1  implicates the basis for requested sealing (non-public business information) and cannot
2  reasonably be redacted only in part, the Court further finds that there are no additional
3  alternatives to sealing the documents that would adequately protect the compelling interests
4  identified by the parties.

5  Accordingly, pursuant to Local Rule 141, the parties' stipulated protective order entered
6  in this case (Doc. 16), and based upon the representations contained in the parties' joint notice
7  and request, IT IS HEREBY ORDERED that Plaintiff's Exhibit C to the Informal Discovery
8  Dispute Joint Letter (Doc. 19-3) provided to the Court in connection with the parties' joint
9  notice and request to seal on December 20, 2024, shall be SEALED until further order of this
10 Court.

11  It is FURTHER ORDERED within five (5) days of the date of this Order, Plaintiff shall
12 submit a copy of this Order, the request for sealing and the documents to be sealed (Plaintiff's
13 Exhibit C to the Informal Discovery Dispute Joint Letter) by email to the Operations Section of
14 the Clerk of the Court:    ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **January 23, 2025**

UNITED STATES MAGISTRATE JUDGE