UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMEX FARMS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SCHÜCO USA LLLP,<br><br>  Defendant. | Case No. 1:24-cv-00880-CDB<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br>(Doc. 23)<br><br><u>5-Day Deadline</u> |

Pending before the Court is the notice and request to seal documents by Defendant Schüco USA LLLP (Doc. 23), filed and emailed to the undersigned's chambers on January 21, 2025, described as documents submitted in response to the Court's first order re: request for resolution of discovery dispute, issued on January 8, 2025 (Doc. 22) requesting the following for the Court's *ex parte* and *in camera* review:

1. A copy of the joint defense agreement or a declaration from a competent witness attesting to the details of any such joint defense arrangement (*i.e.*, identifying when such arrangement was reached, who entered into the arrangement, the scope of the arrangement, etc.);

2. At attestation from a competent witness as to what is or what was the common legal interest between Defendant and Schüco International KG ("SI KG") that formed the basis of the joint defense agreement;

1

3. A sampling of between five and ten communications Defendant purports properly are the subject of and protected from disclosure by the agreement/arrangement; and

4. A copy of the retainer agreement, equivalent documentary evidence, or a declaration by a competent witness attesting to the agreement between Defendant and SI KG or the relevant consultants/experts governing the services to be offered/rendered by those consultants/experts to Defendant.  (Doc. 23); *see* (Doc. 19).

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the Defendant's notice and request, sealing the documents serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  The Court further finds that there are no additional alternatives to sealing the documents that would adequately protect the compelling interests identified by Defendant.

Accordingly, pursuant to Local Rule 141 and based upon the representations contained in Defendant's notice and request, IT IS HEREBY ORDERED that the documents provided to the Court in connection with Defendant's notice and request to seal on January 21, 2025, shall be SEALED until further order of this Court.

It is FURTHER ORDERED within five (5) days of the date of this Order, Defendant shall submit a copy of this Order, the request for sealing and the documents to be sealed (Defendant's documents in response to the January 8, 2025, order (Doc. 22)) by email to the Operations Section of the Clerk of the Court:    ApprovedSealed@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **January 23, 2025**                             _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2